DAVID N. KELLEY
United States Attorney for the
Southern District of New York
Attorney for Respondent
By: LAWRENCE H. FOGELMAN (LF-9700)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2719

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
XINHUA FINANCIAL NETWORK,           :
                                    :
              Petitioner,           :
                                    :
       v.                           :   04 Civ. 08043 (DC)
                                    :
                                    :
UNITED STATES OF AMERICA,           :
                                    :
              Respondent.           :
                                    :
------------------------------------x

### DECLARATION OF LAWRENCE H. FOGELMAN

LAWRENCE H. FOGELMAN, pursuant to the provisions of 28 U.S.C. § 1746, declares as follows:

1. I am an Assistant United States Attorney in the office of David N. Kelley, United States Attorney for the Southern District of New York. I am responsible for representing the United States of America in the above-referenced action. As such, I am familiar with the proceedings herein.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of a letter from Kenneth Chan of the IRS dated November 15, 2004, withdrawing a summons issued on

September 21, 2004 to United Business Media, Inc.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:      New York, New York
               November 16, 2004

                                            LAWRENCE H. FOGELMAN

**EXHIBIT A**



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**

Date: Nov. 15, 2004

<u>**Via Express Mail**</u>

Mr. Scott Mozarsky
General Counsel
United Business Media, Inc
810 Seventh Avenue, 27th Fl.
New York, NY 10019

Address: 450 Golden Gate Ave., 6th fl.
San Francisco, CA 94102

Person to Contact: Kenneth Chan
Badge No. 94- 06113

Telephone: (415) 522-6088   Fax: 522-6277

Refer Reply To: EG 1303

RE: Summons

Dear Mr. Mozarsky:

This is to advise you that the summons issued on 9/21/04 in the matter of Loretta F. Bush is withdrawn.

We will issue a new summons very shortly. If you have any question, please feel free to call me at the above phone number.

Sincerely yours,

Kenneth Chan
Revenue Agent, International Compliance

cc. Randy Dick, Esq.
    Hilllary Richard, Esq.
    Loretta Bush
    Xinhua Financial Network (XFN)