UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                     :
XINHUA FINANCIAL NETWORK,            :
                                     :
                    Petitioner,      :     ORDER
                                     :
         - against -                 :     04 Civ. 8043 (DC)
                                     :
UNITED STATES OF AMERICA,            :
                                     :
                    Respondent.      :
                                     :
- - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-10-2004

CHIN, D.J.

It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, either party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:    New York, New York
          December 10, 2004

                                    _____
                                    DENNY CHIN
                                    United States District Judge